# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| REGINALD PORTER, )<br>)<br>        Plaintiff,          )<br>vs.                                 )<br>                                      )<br>LAW OFFICES OF       )<br>BRACHFELD AND       )<br>ASSOCIATE a/k/a        )<br>THE BRACHFELD LAW )<br>GROUP, PC                   )<br>                                      )<br>        Defendant.        )<br>_____) | Civil Action File No.<br>1:10-cv-00380-GZS |

## STIPULATION OF DISMISSAL

Pursuant to F.R.Civ. P. 41, the parties stipulate that this matter can be dismissed with prejudice and without costs.

DATED:  April 5, 2011

                                        /s/Robert Edmond Mittel
                                        Robert Edmond Mittel, Esq.
                                        Attorney for Defendant The Brachfeld Law Group,
                                        PC d/b/a Law Offices of Brachfeld and Associates

MITTELASEN, LLC
85 Exchange Street, 4th Floor
Portland, ME  04101
(207) 775-3101

                                        /s/Brent Vullings
                                        Brent Vullings, Esq.
                                        Sarah K. Hall
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

- 2 -

     I, Robert E. Mittel, hereby certify that on April 5, 2011, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                               /s/ Robert Edmond Mittel  
                                               Robert Edmond. Mittel, Esq.  
                                               Attorney for Defendant The Brachfeld Law Group, PC

MITTELASEN, LLC  
85 Exchange Street  
P.O. Box 427  
Portland, ME  04101  
(207) 775-3101